**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ATOMIC IP LLC,**<br><br>***Plaintiff,***<br><br>v.<br><br>**SISENSE LTD.,**<br><br>***Defendant.*** | **Civil Action No.** 2:26-cv-00983<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Atomic IP LLC ("Atomic" or "Plaintiff"), by and through its attorneys, brings this action and makes the following allegations of patent infringement relating to U.S. Patent No. 8,924,869 (the "'869 Patent" or the "patent-in-suit"). Defendant Sisense Ltd. ("Sisense" or "Defendant") infringes the patent-in-suit in violation of the patent laws of the United States of America, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

1. Atomic is a Texas limited liability company having its principal place of business at 5000 Plaza on the Lake, Suite 100, Austin, TX 78746.

2. Upon information and belief, Sisense Ltd. is a limited company organized and existing under the laws of Israel, with an office at 2 Ze'ev Jabotinsky Road, Ramat Gan, Israel. Sisense Ltd. develops, supplies, and supports Sisense analytics products and services, including the accused Sisense BloX functionality described below.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has specific personal jurisdiction over Sisense pursuant to due process and the Texas Long Arm Statute. Upon information and belief, Sisense purposefully directs activities to Texas by supplying, licensing, maintaining, updating, and supporting the accused Sisense analytics platform for distribution and use in Texas, directly and through established customer and distribution channels. Those channels include the TeamConnect Business Intelligence integration offered by Texas-based Mitratech, whose public documentation identifies Sisense as an integrated technology partner and BloX as preinstalled functionality in its supported Linux platform. Atomic's claims arise out of or relate to Sisense's Texas-directed provision and support of that accused technology.

5. Sisense Ltd.'s current information-security certification identifies it in connection with operations supporting Sisense Fusion, Sisense Cloud, and Cloud Data Teams, including product and engineering functions. Mindtickle's subprocessor disclosure also identifies Sisense Ltd. as a provider of analytics and visualization processing for United States customers. Based on these operational disclosures, the native inclusion of BloX in the Sisense platform, and the documented Texas distribution relationship described above, Atomic alleges on information and belief that Sisense Ltd. knowingly participates in supplying, maintaining, updating, and supporting the accused platform for that Texas channel. See, e.g.,

https://integrator.schellman.com/public/v2/certificate/1405833-8/file
https://www.mindtickle.com/privacy/subprocessors/

6. In the alternative, if Sisense is not subject to jurisdiction in any state's courts of general jurisdiction, this Court has personal jurisdiction over Sisense under Federal Rule of Civil Procedure 4(k)(2). Atomic's claims arise under federal patent law, and Sisense purposefully directs substantial commercial activities to the United States as a whole, including the development, provision, licensing, distribution, maintenance, and support of the accused platform for United States customers and end users. The exercise of jurisdiction is consistent with the United States Constitution and laws.

7. Venue is proper in this District under the alien-venue rule reflected in 28 U.S.C. § 1391(c)(3), as applied to patent infringement actions under 28 U.S.C. § 1400(b). Sisense Ltd. is a foreign corporation organized under the laws of Israel and may be sued in any judicial district in the United States, including this District.

**THE PATENT-IN-SUIT - U.S. PATENT NO. 8,924,869**

8. U.S. Patent No. 8,924,869, entitled "Service for Generation of Customizable Display Widgets" (the "'869 Patent"), was duly and legally issued on December 30, 2014. The application that matured into the '869 Patent was filed on August 14, 2006 and claims priority to U.S. Provisional Application No. 60/707,780, filed on August 12, 2005. A true and correct copy of the '869 Patent is attached as Exhibit A.

9. The '869 Patent is directed to a networked "widget service" that defines and delivers user-modifiable visual elements in a display interface by storing visual element defining data and using that stored defining data to generate (or regenerate) the visual element and respond to client requests. In one described implementation, the stored visual element defining data includes (i) image data having a base image component and other image components, (ii) user-defined alphanumeric data representing information to be conveyed, and (iii) real-time data

indicative of current conditions, and the system includes a generation module and network interface module configured to generate the visual element and serve it in response to client requests. ('869 Patent, Abstract; 6:22–58; claim 1.)

10. The specification explains that, in certain embodiments, the widget service is implemented using a web-services model to provide "easy and widespread distribution targeting the widely available devices that have web browser capability," including implementations where users access the system "via a web interface on a web browser." The specification further explains that the web-services model supports access to services through system APIs and development in technologies such as AJAX or simple HTML. In these embodiments, widgets can run "within an active browser window," users can send data to the system via HTTP POST commands, and the widget service provider can configure web services that update the user's personalized page and associated widgets in response to user device requests and in response to changing data values. ('869 Patent, 3:13–33.)

11. The specification further describes implementations where the server provides functionality for users to define customized display elements (widgets) that can be displayed in a graphical user interface "without requiring any installation of specialized software" on the user's computer, including implementations where the defined objects include sounds, hypertext, and visual images. In such implementations, the widgets may be implemented using server-side application technologies and lightweight protocols to support speed, compatibility, and reliability in browser-based delivery. ('869 Patent, 4:28–39.)

12. In one example embodiment, the visual display element runs within a browser window and "does not include an installed application within the client computing device," and the visual display element is associated with a "widget container" that separates the widget's user-

interface functionality and the widget application from the platform on which it runs. ('869 Patent, 4:55–65.)

13. The specification further explains that the widget container includes a widget image element that supports dynamic composition. For example, the widget image element can include a "base image component" and "sub-images" combined with the base image "along with real-time data and/or other user-specified alphanumeric data to produce a dynamically generated widget image," such that the image element may be generated by the base image and the widget application using specified data parameters. ('869 Patent, 4:60–5:9.)

14. The '869 Patent also describes a concrete server-side generation/regeneration pipeline tied to browser delivery. In one example flow, a request (including parameters) to display an image for a widget to be displayed in browser software is received; image data, alphanumeric data, and real-time data associated with the request are retrieved; image data are (re)generated based on the retrieved data; and the resulting image data are sent to the requesting process or device for placement in the widget's image element so that changes in data values are reflected in the widget display. ('869 Patent, 6:29–58.) See also Ex. A, FIGS. 4A–4B.




’869 Patent, FIGS. 4A–4B (Ex. A).

15. The claimed architecture improves how networked computers define, generate, and deliver customized visual elements. It coordinates storage of image components, user-defined alphanumeric information, and current-condition data with a client definition interface, generation from the user-selected defining data, and request-responsive delivery independent of the client’s operating system. Atomic alleges that this particular ordered combination was not well-understood, routine, or conventional as of the August 2005 priority date. In the disclosed implementation, the server combines the selected components and data to generate and regenerate the widget image, while stored modifications preserve the user’s configuration across computers.

The specification explains that users accessing their accounts from different computers see “the most recent configuration of widgets.” These mechanisms provide both a dynamically generated visual element and continuity of its configuration across client devices. (’869 Patent, 5:1–9; 6:22–58; 7:36–45; claim 1.)

16. During prosecution, the Patent Trial and Appeal Board reversed the Examiner’s obviousness rejections over Konfabulator and Kenyon. Addressing selection through Konfabulator’s “Submit Query” box, the Board found that “the Examiner has not established any user selection of visual components, whether image data, user-defined data, or real-time data, which then dynamical[ly] generate an image such as a widget image.” It concluded that the Examiner had not identified evidence of the required interface for selecting those defining components and also reversed the related rejection adding Istari. Ex parte Fellman, Appeal No. 2012-000197, at 7–9 (P.T.A.B. Apr. 16, 2014).

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,924,869

17. The preceding paragraphs are reincorporated by reference as if fully set forth herein.

18. The ’869 Patent is valid and enforceable.

19. Atomic is the owner and assignee of all rights, title, and interest in the ’869 Patent, including the rights to grant licenses, to exclude others, and to recover past damages for infringement of that patent.

20. Upon information and belief, Sisense makes, uses, sells, offers to sell, imports, licenses, provides, and/or supports in the United States Sisense Fusion and Sisense Cloud deployments providing Sisense BloX, the BloX Design Panel and Editor, Live data connectivity, and native dashboard image and PDF generation and delivery (collectively, the “Accused

Instrumentality"). The accused configurations include Enterprise deployments operating in Classic Mode through which users define and modify visual compositions combining selected background and other images, user-authored text, and data reflecting current conditions, and request server-generated renditions of those compositions. Sisense documents BloX for both cloud and on-premises deployments. See, e.g.,




https://docs.sisense.com/main/SisenseLinux/how-sisense-blox-works.htm

21. Published Sisense documentation describes its managed cloud as hosted by Sisense on Amazon Web Services and assigns configuration, deployment, application upgrades, monitoring, and infrastructure maintenance to Sisense. Supported United States deployment regions include us-east-1, us-east-2, and us-west-2. The information-security certification and Mindtickle disclosure described above specifically identify Sisense Ltd. with cloud operations and United States analytics and visualization processing. Sisense's published April 2021 Cloud Addendum (§§ 2–3) likewise assigns deployment, hosting, management, monitoring, and cloud support to "Sisense"; the companion Customer Agreement (§ 1.15) defines that term as Sisense Ltd. or the affiliate issuing the applicable Sales Order. Based on these records, Atomic alleges on information and belief that Sisense Ltd. itself supplies, maintains, and updates software used in

United States-hosted deployments and operates and supports United States-hosted instances of the accused cloud platform, including the server functions described below. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/introduction-to-sisense-cloud-managed-services.htm
https://docs.sisense.com/main/SisenseLinux/cloud-platform.htm
https://docs.sisense.com/main/SisenseLinux/sisense-cloud-security-controls.htm
https://www.sisense.com/wp-content/uploads/2024/09/cloud-terms.pdf
https://sisense.com/wp-content/uploads/2024/09/customer-agreement.pdf

22. Upon information and belief, the Accused Instrumentality is a widget service system for defining and delivering user-modifiable visual elements. Users create or edit BloX widgets through the browser-based Design Panel, modify the selected components and the information displayed, save their definitions, and request generation of the resulting composite visual within a dashboard image or PDF. The saved definition remains editable, allowing the user to change the selected components and data and obtain a regenerated visual. The accused visual element is the user-defined composite generated from those selections. See, e.g.,




https://docs.sisense.com/main/SisenseLinux/creating-interactive-dashboards.htm

23. Upon information and belief, the Accused Instrumentality includes a data storage system comprising one or more computer processors and data storage configured to store visual-element defining data. The stored data include dashboard and widget definitions, selected image components, visible user-authored text, selected data fields, and associated current-condition

values. Sisense identifies sisense-mongodb as its "Application Database" and galaxy as the service that "Controls most of the application objects, such as dashboards, widgets, data security, etc." Its documentation also describes server storage of image files and states that, for Live queries, "the result set cache saves results for 5 minutes (this is configurable)." These retained data are used to define and generate the accused composites. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/sisense-linux-services.htm
https://docs.sisense.com/main/SisenseLinux/customer-data-storage-locations.htm

24. Upon information and belief, the stored image data include a base image component and other image components. Sisense's Indicator-Centered template assigns indicator.png to its backgroundImage property and indicator_top_icon.png to a separate Image component. Its Stock Market template further illustrates the background image todd_quackenbush.png combined with separate up-arrow and down-arrow Image components, arrow_up.png and arrow_down.png. Designers can select, add, arrange, and modify Image components within the same BloX composition. Sisense instructs users to store image files on the Sisense server in its plugins or branding storage directories, explaining: "Images hosted here will be displayed properly in your dashboard and when exported to your reports." In the accused configurations, a selected background image and multiple other selected image components are stored and used together with the selected text and current-condition data to generate the composite visual. See, e.g.,




https://docs.sisense.com/main/SisenseLinux/blox-templates.htm
https://docs.sisense.com/main/SisenseLinux/creating-interactive-dashboards.htm

25. Upon information and belief, the Accused Instrumentality stores and uses user-defined alphanumeric data representing information conveyed in the defined visual elements. BloX TextBlock components permit users to enter and modify visible headings, labels, and other textual information. Sisense's component reference identifies the TextBlock text property as the content to display, and its tutorials instruct users to change that content and apply their changes. Those saved labels and other user-authored content appear within the generated composite visual together with the selected images and data values. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/sisense-blox-reference.htm
https://docs.sisense.com/main/SisenseLinux/sisense-blox-tutorials.htm

26. Upon information and belief, the Accused Instrumentality stores and uses real-time data indicative of current conditions. Sisense's Live connections query selected data sources on refresh, and its query settings permit automatic refresh at user-configured intervals, including intervals as short as two seconds. Sisense also documents a configurable server-side result cache for Live queries. In the accused configurations, selected values representing current operational conditions are bound to the BloX composition and used in its generation. Sisense's Luzern example describes a pending-shipment dashboard displayed on "TV screens on the fulfillment floor," where "Sisense BloX is used to highlight key metrics such as Backlog, Shipped, Pending, and Oldest Order Age." See, e.g.,

https://docs.sisense.com/main/SisenseLinux/working-with-live-widgets.htm
https://docs.sisense.com/main/SisenseLinux/live-model-query-settings.htm
https://docs.sisense.com/main/SisenseLinux/customer-data-storage-locations.htm
https://www.sisense.com/success/luzern-blox/

27. Upon information and belief, the Accused Instrumentality includes a client definition interface configured to receive inputs from client computing devices indicating the user's selection of image data, user-defined data, and real-time data associated with the visual element. Through the BloX Design Panel and Editor, users select background and other image

components, enter visible TextBlock content, and select data fields for binding to the composition through panel placeholders. Sisense's reference identifies separate backgroundImage, Image url, and TextBlock text properties, and its authoring instructions explain how to add components and save the modified definition. The selected components and data thereby define the content and arrangement of the same generated visual element. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/sisense-blox-reference.htm
https://docs.sisense.com/main/SisenseLinux/how-sisense-blox-works.htm
https://docs.sisense.com/main/SisenseLinux/creating-interactive-dashboards.htm

28. Upon information and belief, the Accused Instrumentality includes a generation module configured to generate the visual element based on the user-selected visual element defining data. Sisense identifies a server-side exporting service for "Dashboard & widget export (to PDF, PNG)." In the accused configurations, these generated outputs contain the BloX composite defined by the user's selected images, visible text, and current-condition data. Sisense expressly instructs users to store image files on the Sisense server so that they remain in the dashboard's image and PDF exports. Sisense's PDF documentation identifies "Headless Chrome (a browser used during the PDF generation process)," and its L2023.11 release notes state: "BloX widgets are now displayed consistently in the PDF preview, dashboard, and the actual exported PDF file." Further release notes describe the application of saved changes and current filter selections to exported results. These operations generate the requested composite from its defining data, including regenerating that composite after its definition changes. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/sisense-linux-services.htm
https://docs.sisense.com/main/SisenseLinux/creating-interactive-dashboards.htm
https://docs.sisense.com/main/SisenseLinux/pdf-reports-best-practices.htm
https://docs.sisense.com/main/SisenseLinux/l2023-11-release-notes.htm
https://docs.sisense.com/main/SisenseLinux/l2026-2-release-notes.htm
https://docs.sisense.com/main/SisenseLinux/l2026-3-release-notes.htm

29. Upon information and belief, the Accused Instrumentality includes a network interface module configured to receive requests from client computing devices related to the

generated visual element and send the responsive generated visual element to the requesting client. Users invoke Download Image or Download PDF through the web interface; Sisense also documents dedicated dashboard PNG and PDF export endpoints. Sisense identifies an API gateway that handles incoming requests and documents a PDF request flow in which the service retrieves dashboard and widget details from the application database, generates the export, and returns it to the requesting browser. The native whole-dashboard image command returns a PNG containing the selected visual composition, and the PDF route delivers that composition within the generated PDF. Thus, the requested generated visual element is sent to the requesting client over the network. See, e.g.,




https://docs.sisense.com/main/SisenseLinux/downloading-a-dashboard-as-an-image.htm
https://docs.sisense.com/main/SisenseLinux/l2022-11-release-notes.htm
https://community.sisense.com/kb/troubleshooting/basic-sisense-troubleshooting-using-logs-and-x-request-id--linux-os/19214

30. Upon information and belief, the Accused Instrumentality defines and delivers the accused visual elements independently of the operating system of the requesting client computing device. Sisense describes its platform as a browser-based application, provides definition and export controls through that application, and supports standard browsers including Microsoft Edge,

Google Chrome, Firefox, and Safari. Users therefore define, modify, request, and receive the visual compositions through supported web browsers independently of the operating system of the requesting client device. See, e.g.,

https://docs.sisense.com/main/SisenseLinux/linux-minimum-requirements.htm
https://docs.sisense.com/main/SisenseLinux/embedding-analytics-quick-start-guide.htm

31. Upon information and belief, Sisense has directly infringed and continues to directly infringe the ’869 Patent by, among other things, making, using, selling, offering to sell, and/or importing in the United States the Accused Instrumentality as defined above during the term of the ’869 Patent.

32. Upon information and belief, Sisense has injured Atomic and is liable to Atomic for directly infringing one or more claims of the ’869 Patent, including at least claim 1, pursuant to 35 U.S.C. § 271(a). The Accused Instrumentality meets each and every limitation of at least claim 1 as alleged herein.

33. Upon information and belief, Sisense also indirectly infringes and continues to indirectly infringe the ’869 Patent by actively inducing infringement under 35 U.S.C. § 271(b). United States customers and end users directly infringe by putting the configured Accused Instrumentality into service, controlling its operation through their selections and requests, and obtaining the benefit of its generation and delivery of the accused visual elements.

34. On October 5, 2026, Atomic’s counsel sent correspondence addressed to Sisense Ltd., attention Lauren Bauman, at sisense.legal@sisense.com identifying the ’869 Patent and notifying Sisense that its user-configurable dashboards and BloX functionality infringe at least claim 1. Atomic’s counsel sent a follow-up on October 20, 2026. Upon information and belief, Sisense received this correspondence and has had knowledge of the ’869 Patent and the accused infringement since at least October 5, 2026.

35. Upon information and belief, after receiving notice of the ’869 Patent, Sisense intended to cause and has caused infringement by third-party customers and end users of the Accused Instrumentality, with knowledge that the instructed conduct infringes the ’869 Patent. Sisense provides and supports the accused platform and publishes documentation, user guides, tutorials, and training materials instructing customers and end users to create, configure, modify, save, and use Sisense BloX compositions and request their generation and delivery. Those instructions include, among other things, selecting and changing background and foreground image components; storing image files on the Sisense server for use in dashboards and exported reports; entering and modifying visible TextBlock content; selecting and binding data fields to the visual composition; using Live connections and refreshing current-condition values; applying and saving the resulting definition; and requesting dashboard PNG images and PDFs containing the configured composition. By providing these instructions and support, Sisense specifically encouraged and intended customers and end users to use the Accused Instrumentality in a manner that infringes at least claim 1 of the ’869 Patent.

36. Upon information and belief, after receiving Atomic’s notice, Sisense continued to provide, update, and support the Accused Instrumentality and to encourage its use through the documentation, user guides, tutorials, and training materials described above, with knowledge that the instructed use infringes the ’869 Patent.

37. Upon information and belief, despite knowledge of the ’869 Patent and its infringement, Sisense has knowingly and deliberately continued its infringing conduct. Sisense’s infringement is willful, and Atomic seeks enhanced damages under 35 U.S.C. § 284.

38. As a result of Sisense's infringement of the '869 Patent, Atomic has suffered monetary damages and seeks no less than a reasonable royalty for the use made of the invention by Sisense, together with pre-judgment and post-judgment interest and costs as fixed by the Court.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Atomic respectfully requests that this Court enter:

1. A judgment in favor of Atomic that Sisense has infringed the '869 Patent, either literally or, in the alternative, under the doctrine of equivalents;
2. A judgment that Sisense's infringement of the '869 Patent is willful;
3. An award of damages resulting from Sisense's acts of infringement in accordance with 35 U.S.C. § 284;
4. A judgment that this case is exceptional under 35 U.S.C. § 285 and awarding Atomic its reasonable attorneys' fees, costs, and expenses incurred in this action;
5. A judgment and order requiring Sisense to provide an accounting and to pay supplemental damages, including, without limitation, pre-judgment and post-judgment interest; and
6. Such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Atomic requests a trial by jury of all issues so triable by right.

Dated: October 30, 2026

Respectfully Submitted,

By: */s/ Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Bradford J. Black
Texas Bar No. 24086243
BRADFORD BLACK P.C.
500 W. 2nd Street, Ste. 1900
Austin, Texas 78701
Email: bblack@bradfordblack.com
Tel: (415) 813-6211
Fax: (415) 813-6222

**ATTORNEYS FOR PLAINTIFF**